UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATRIVIA E. HARRIS,<br><br>                Plaintiff,<br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 2:23-CV-01054-LK<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

       This matter comes before the Court sua sponte. On November 2, 2023, the Court dismissed Ms. Harris's complaint but granted her leave to file an amended complaint within 30 days. Dkt. No. 27 at 9–10. The Court advised Ms. Harris that it would direct the Clerk to close this case absent a timely amended complaint. *Id.* at 10. To date, Ms. Harris has not filed an amended complaint. Nor has she updated the Clerk with a current, serviceable mailing address—despite the Court's repeated reminders to do so. Dkt. No. 21; Dkt. No. 27 at 9; *see* Dkt. No. 23 (minute order returned as undeliverable); Dkt. No. 28 (dismissal order returned as undeliverable).

ORDER DIRECTING CLERK TO CLOSE CASE - 1

The Court therefore DIRECTS the Clerk to close this matter and mail copies of this Order to Ms. Harris at her last known address.

Dated this 6th day of December, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER DIRECTING CLERK TO CLOSE CASE - 2